# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2007

132852

OLENA DROBOT and ROBERT DROBOT,
      Plaintiffs-Appellants,

v

RICHARD WAY and WILMA WAY,
      Defendants-Appellees.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 132852
COA: 270132
Oakland CC: 05-067249-NO

_____/

On order of the Court, the application for leave to appeal the November 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.

MARKMAN, J., would grant leave to appeal to consider whether so-called "black ice" constitutes a hazard that should be assessed in terms of traditional "open and obvious" jurisprudence.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2007

0619

_____
Clerk